# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J.R. ESPINOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. DIAZ, et al.,<br><br>　　　　Defendants. | Case No.  1:17-cv-00338-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF AMENDED COMPLAINT<br><br>(ECF No. 12) |

　　　　Plaintiff Jose J.R. Espinoza is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed a notice on July 20, 2017, inquiring whether the Court has received his first amended complaint, and advising the Court of some typographical errors he made in that pleading. (ECF No. 12.)

　　　　Plaintiff is advised that his first amended complaint was received and filed, the Court will consider his notice of errata, and the complaint will be screened in due course.

IT IS SO ORDERED.

Dated:　**July 26, 2017**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE